UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PING MO, *on behalf of herself, FLSA Collective Plaintiff, and the Class*,

                           Plaintiff,

-v-

WEST SIDE STORY, INC.
     d/b/a JING FONG RESTAURANT,
KIN MING LAM,
and TRUMAN LAM,

                           Defendants.

Case No.: 1:22-cv-00530

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff PING MO hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated April 6, 2022, and annexed hereto as **Exhibit A**.

Dated: April 11, 2022

                                              Respectfully submitted,

                                              By:                           

                                              C.K. Lee, Esq. (CL 4086)
                                              LEE LITIGATION GROUP, PLLC
                                              148 West 24th Street, 8th Floor
                                              New York, NY 10011
                                              Tel.: (212) 465-1188
                                              Fax: (212) 465-1181
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Michael J. DiMattia
mdimattia@mcguirewoods.com
Adam T. Simons
asimons@mcguirewoods.com
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2100
Attorneys for Defendants

By: _____
C.K. Lee, Esq.