**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PING MO, *on behalf of herself, FLSA Collective Plaintiff, and the Class*,<br><br>                                    Plaintiff,<br><br>                 -v-<br><br>WEST SIDE STORY, INC.<br>        d/b/a JING FONG RESTAURANT,<br>KIN MING LAM,<br>and TRUMAN LAM,<br><br>                                    Defendants. | **Case No.**: 1:22-cv-00530<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants West Side Story, Inc., Kin Ming Lam, and Truman Lam (collectively, "Defendants"), having offered to allow Plaintiff Ping Mo ("Plaintiff") to take a judgment against them, in the sum of Thirty-Thousand Dollars ($30,000.00), to resolve all of Plaintiff's claims filed in this lawsuit, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated April 6, 2022 and filed as Exhibit A to Docket Number 19;

**WHEREAS**, on April 11, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 19);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Ping Mo, in the sum of Thirty-Thousand Dollars ($30,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated April 6, 2022 and filed as Exhibit A to Docket Number 19. The Clerk of Court is directed to close the case.

**SO ORDERED:**

Dated: _____, 2022        _____
        New York, New York                                U.S.D.J.