UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PING MO, *on behalf of herself, FLSA Collective Plaintiff, and the Class,*<br><br>　　　　　　　　　　　　　Plaintiff,<br>　　　　　　-v-<br><br>WEST SIDE STORY, INC.<br>　　d/b/a JING FONG RESTAURANT,<br>KIN MING LAM,<br>and TRUMAN LAM,<br>　　　　　　　　　　　　　Defendants. | Case No.: 1:22-cv-00530<br><br>**SATISFACTION OF<br>JUDGMENT** |

WHEREAS, a judgment was entered in the above action on April 13, 2022 (Docket No. 21) in favor of Plaintiff Ping Mo ("Plaintiff") and against Defendants West Side Story, Inc. d/b/a Jing Fong Restaurant, Kin Ming Lam, and Truman Lam (together "Defendants") in the amount of $30,000, to resolve all of Plaintiff's claims filed in this lawsuit, and said judgment having been paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
　　　　April 18, 2022

　　　　　　　　　　　　　　　　　　　LEE LITIGATION GROUP, PLLC

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　C.K. Lee, Esq.
　　　　　　　　　　　　　　　　　　　148 West 24th Street, 8th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10011
　　　　　　　　　　　　　　　　　　　Telephone: (212) 465-1180
　　　　　　　　　　　　　　　　　　　Fax: (212) 465-1181
　　　　　　　　　　　　　　　　　　　E-mail: cklee@leelitigation.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

STATE OF NEW YORK            )
                             )  ss.:
COUNTY OF NEW YORK           )

On the 18th day of April 2022 before me personally came C.K. Lee to me known and known to be a member of the firm of Lee Litigation Group PLLC, attorneys for Plaintiff Ping Mo in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

Anne Seelig-Suhrcke
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SE6113610
Qualified in Queens County
Commission Expires 8/02/2024