UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PING MO, *on behalf of herself, FLSA Collective Plaintiff, and the Class,*

                                                Plaintiff,

-v-

WEST SIDE STORY, INC.
       d/b/a JING FONG RESTAURANT,
KIN MING LAM,
and TRUMAN LAM,

                                                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 19 2022

Case No.: 1:22-cv-00530

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on April 13, 2022 (Docket No. 21) in favor of Plaintiff Ping Mo ("Plaintiff") and against Defendants West Side Story, Inc. d/b/a Jing Fong Restaurant, Kin Ming Lam, and Truman Lam (together "Defendants") in the amount of $30,000, to resolve all of Plaintiff's claims filed in this lawsuit, and said judgment having been paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
         April ___, 2022

                                        LEE LITIGATION GROUP, PLLC

                        By: _____
                            C.K. Lee, Esq.
                            148 West 24th Street, 8th Floor
                            New York, NY 10011
                            Telephone: (212) 465-1180
                            Fax: (212) 465-1181
                            E-mail: cklee@leelitigation.com
                            *Attorneys for Plaintiff*

STATE OF NEW YORK         )
                          )  ss.:
COUNTY OF NEW YORK        )

On the 18th day of April 2022 before me personally came C.K. Lee to me known and known to be a member of the firm of Lee Litigation Group PLLC, attorneys for Plaintiff Ping Mo in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

Anne Seelig-Suhrcke
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SE6113610
Qualified in Queens County
Commission Expires 8/02/2024